DATE:10/19/15

LEON HARRISON #815719
POLUNSKY UNIT
3872 FM 350 So.
LIVINGSTON, TX 77351

48,077-16

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
AbelAcosta,Clerk

MR.ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308,CAPITOL STATION
AUSTIN, TX 78711


Dear Mr.Acosta:

   Please file and bring to the Court attention Appellant's Writ of Mandamus
and I would like to request that you please send a copy to the Respondent
for me, because I'm unable to make them at this time.

RESPONDENT:

MR.CHRIS DANIEL,CLERK
HARRIS COUNTY DISTRICT CLERK
1201 FRANKLIN, 3RD FLOOR
HOUSTON, TX 77002

   I thank you for your time in this matter.


                                        Sincerely,

                                        Leon Harrison


i.

CAUSE No.751713-F

| | | |
|---|---|---|
| LEON HARRISON, | § | IN THE 184TH DISTRICT COURT |
| Appellant, Pro Se, | § | |
| Vs. | § | OF |
| HARRIS COUNTY DISTRICT CLERK, | § | HARRIS COUNTY, TEXAS |
| CHRIS DANIEL, IN HIS OFFICIAL, | § | |
| CAPACITY, Respondent. | § | |

## APPELLANT'S ORIGINAL ALLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW, Leon Harrison, Appellant, pro se, in the above-styled and number cause of action and files this Original Application for Writ of Mandamus, Pursuant to the Provisions of TEXAS RULES OF APPELLANT PROCE= DURE₹ RULE 41(B)(1), and would show the Court the following:

B. APPELLANT:

1.01, Leon Harrison, TDCJ #815719 is an offefender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at: POLUNSKY UNIT, 3872 FM 350 So.; LIVINGSTON, TX 77351.

1.02, Appellant has exhausted his remedies and has no other adequate remedy at law.

1.03, The act sought to be compelled is ministerial, not discretionary in nature. TEXAS RULES OF APPELLANT PROCEDURE, RULE 41(b)(1), and requires Respondent to immediately transmit to The Court of Criminal Appeals a copy of the action(s) filed in the matter; 1) THE APPLICATION FOR WRIT OF HABEAS CORPUS, (INCLUDING ALL ATTACHED EXHIBITS); 2) THE COURT'S ORDER; 3) THE STATE'S ANSWER; 4) THE INDICTMENT, JUDGEMENT AND SENTENCE AND DOCKET SHEET IN CAUSE NUMBER 751713; AND 5) THE APPELLATE OPINION IN CAUSE NUMBER 751713; AND APPELLANT'S OBJECTIONS AND MOTION FOR COURT-APPOINTED COUNSEL UNDER SB-662 (EFFECTIVE 6/16/15.); 6) ANY ANSWER FILED: AND RECITING THE DATE UPON WHICH THAT FINDING WAS MADE, IF THE CONVICTION COURT DECIDES TH- AT THERE ARE NO ISSUE TO BE RESOLVED.

1.

No copy or any filing of this action or any answer filed and reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals.

Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by Statute, Appellant would have received notice from the Court of Criminal Appeals. On October 7,2015, Mr.Abel Acosta, Clerk of the Court of Criminal Appeals send Appellant the enclosed exhibit "A", informing Appellant that no writ of habeas corpus had been filed in the Court of Crimial appeals under that cause number.

## II.

C. RESPONDENT:

2.01, Respondent Chris Daniel, in his capcity as District Clerk of Harris County, Texas has a ministerial duty to receive and file all pappers in a criminal proceeding and perform all other duties imposed on the Clerk by law pursuant to T.C.C.P. art.2.21, and is responsible under T.R.A.P., Rule 41(b)(1), to immediately transmit to the Court of Criminal Appeals any Article 11.07 after 35 days to be considered under Article 11.07, Sec.3(c) of the Texas Code of Criminal Procedure.

Mr.Chris Daniel, District Clerk, Harris County, Texas may be served at his place of business at: CRIM. POST-CONVICTION SEC., 1201 FRANKLIN, 3rd FLOOR; HOUSTON, TX 77002.

## III.

D. VIOLATION OF T.R.A.P. RULE 41(b)(1) AND ARTICLE 11.07 §3(C):

3.01, The Respondent violated Article 11.07 Sec.3(c) of the Texas Code of Criminal Procedure, by failing to provide a copy of Appellant's art. 11.07 writ of habeas corpus and related documents and motions filed in the action by Appellant on JULY 24,2015 and send said writ of habeas corpus to the Court of Criminal appeals after trial court adopted the state's Proposed Findings of Fact, Conclusions of law and order in Cause No.751713-F dated and signed by trial court on August 19,2015, more the a month and half todate.

2.

3.02, Appellant requsted for the transmittal of the writ of habeas corpus and all exhibits and related documents filed by Appellant, State or Court, and upon which date that finding was made, if the conviction court decides that there are no issue to be resolved and was made by Appellant to: Mr.Chris Daniel, District Clerk, Harris County, Texas, by certified maid letters. The above letters can be reviewed through court's records.

3.03, To date, Appellant has received no response from Respondent regarding Appellant's request for transmittal of Writ habeas Corpus addressed and denied by trial court on August 19,2015.

3.04, As is clear from Appellant's letters, Appellant has reeatedly put Respondent on notice that Appellant seek the transmittal of all documents in this action for art.11.07 writ of habeas corpus, be sent to the Court of Criminal Appeals under Article 11.07, Sec.3(c) and Rule 41(b)(1) of T.R.A.P. and that such records are required by the Court of Criminal Appeals to act on Appellant's writ of habeas corpus art.11.07. Appelllant has gone well beyond any requirements or obligations imposed upon him by the Texas Code of Criminal Procedure.

In contrast to Appellant's efforts, Respondent has wholly failed to comply with the Texas Code Criminal Procedure, Art.11.07, Sec.3(c) and Rule 41(b)(1) T.R.A.P., is acting in bad faith, and has also failed to afford Appellant the the professional and common coutesy of written responses to his correspondence and request.

3.05, T.R.A.P. Rule 41, clearly states that "if" the conviction court decides that there are no such issues, and notice of appeal is filed, the clerk shall immediately transmit to the Court of Appeals the Clerk's Records; and all documents related in the action. And Article 11.07 §3(c) If the court has not entered an order disignating issues to be resolved within 35-days after the State have been served with the application, the application will be forward to the Court of Criminal Appeals for their consideration pursuant to Article 11.07,Sec.3(c) T.C.C.P.. Failure of the Court to act within the 35 days shall constitute such a finding. In the primary case the Court have addressed the issues and denied said writ for 11.07 lief and the District Clerk have failed to forward said writ for 11.07 to the Court of Criminal appeals, bring Respondent in violation of this procedure, ministerial duties, and thus the law of the State of Texas.

3.

IV.

D. PRAYER FOR RELIEF:

WHEREFORE, PREMISES CONSIDERED, Appellant, Leon Harrison, pro se, respectfully request a finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a reasonable time after the date they were requested and that Appellant brought this litigation in good faith and has substantially prevailed. Appellant prays for an Order directing Respondent to transmit Appellant's Writ of Habeas Corpus and exhibits and related document and motions filed by Appelant, State or Court, and upon the date that finding was made to the Court of Criminal Appeals, as directed in Rule 41(b)(1) and Art.11.07$ec.3(c) in this action.

Respectfully submitted,

_~~Leon Harrison~~_____

LEON HARRISON #815719
POLUNSKY UNIT
3872 FM 350 So.
LIVINGSTON, TX 77351

INMATE'S DECLARATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| COUNTY OF POLK | § |

E. AFFIDAVIT:

I swear under oath that the fact and allegations in the above application for writ of mandamus are true and correct.

S/_~~Leon Harrison~~____

LEON HARRISON #815719
Appellant, pro se

F. CERTIFICATE OF SERVICE:

I hereby cerify that I Leon Harrison #815719, request the Clerk of Court to send the copy to the respondent below, because Appellant was unable to do so at the time. Dated on this_____day of_____,2015. Addressed to: MR. CHRIS DANIEL, HARRIS COUNTY DISTRICT CLERK: CRIM.POST-CONVICTION SEC., 1201 FRANKLIN, 3rd FLOOR: HOUSTON, TX 77002

S/_~~Leon Harrison~~____

LEON HARRISON #815719
POLUNSKY UNIT
3872 FM 350 So.
LIVINGSTON, TX 77351

4.

CAUSE No.751713

LEON HARRISON,                          §      IN THE 184TH DISTRICT COURT
    Appellant, PRO SE                   §

V.                                      §      OF

HARRIS COUNTY DISTRICT CLERK,           §      HARRIS COUNTY, TEXAS
CHRIS DANIEL, RESPONDENT,               §
IN HIS OFFICIAL CAPACITY.               §

ORDER

On this day, came on to be heard the forehoing Appellant's Application for Writ of Mandamus and it appears to the Court that the same should be:_____GRANTED;_____DENIED.

It is therefore ORDERED that the District Clerk shall immediately transmit to the Court of Criminal Appeals a full copy of this action for Writ of Habeas Corpus under Art.11.07, Tex.Code Crim.Proc.....

SIGNED on this the_____day of_____,2015.

_____
Presiding Justice Of The
Texas Court Of Criminal Appeals

5.



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

September 23, 2015

Leon Harrison #815719
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

RE: Trial Court Case #751713-F

Dear Mr. Harrison:

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

October 7, 2015

Leon Harrison #815719
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

RE: Trial Court Case #751713-F

Dear Mr. Harrison:

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure